IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | Docket # **15-4033** |
|---|---|---|
| V. | ) ) ) ) | MOTION TO EXTEND TIME TO FILE REPONSE TO MOTION TO DIMISS APPEAL |
| CRAIG ANDERSON | ) ) | |

_____

NOW COMES the appellant, by and through undersigned counsel, Mirriam Z. Seddiq, and respectfully moves to extend the time in which to file his Response the Appellees Motion to Dismiss the Appeal in the hereinabove matter. In support thereof, counsel shows unto this Court the following:

1. The appellant's deadline to file a response to motion is due on June 11, 2015.
2. Counsel has numerous other commitments and an extremely heavy caseload including several cases in State and federal courts in Maryland. These case have voluminous discovery including wiretaps and surveillance which must be reviewed.
3. Assistant United States Zachary A. Myers has been informed of this motion and has no objection to the same.

WHEREFORE, the appellant moves to extend the time to file his response for seven (7) days up to and through June 18, 2015.

Respectfully submitted,

/s/ Mirriam Z. Seddiq
_____

Mirriam Z. Seddiq
7829 Belle Point Drive
Greenbelt, Maryland 20770
301.513.7832 fax 443.588.0400
mirriam.sedidq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2015, I caused this Motion to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Zachary Myers

/s/ Mirriam Z. Seddiq
_____
Mirriam Z. Seddiq